**CECILE LANG v. ATLANTIC COAST LINE RAILROAD COMPANY,** a corporation.

15 So. (2nd) 417
November 2, 1943

June Term, 1943
Division A

*Maguire, Voorhis & Wells,* for appellant.

*LeRoy B. Giles,* and *Warren B. Parks,* for appellee.

PER CURIAM:

The judgment for the defendant below entered by the Circuit Court of Orange County, Florida, on demurrer on this appeal is hereby affirmed on the authority of Kimball v. A.C.L. RR. Co., 132 Fla. 235, 181 So. 533 and other similar cases.

644

It is so ordered.

BUFORD, C. J., TERRELL, CHAPMAN and ADAMS, JJ., concur.